UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 4:94-cr-21-SEB-VTW |
| | ) | |
| RICHARD DALE TALBOTT, | ) | |
| | ) | |
| Defendant | ) | |

**ORDER APPROVING AND ADOPTING MAGISTRATE
JUDGE=S REPORT AND RECOMMENDATION**

The Court, having considered the Magistrate Judge=s Report and Recommendation dated February 12, 2016, hereby approves and adopts it as an order of this Court.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the defendant=s supervised release is REVOKED.  The defendant is committed to the Bureau of Prisons to serve a term of imprisonment of 70 days with no term of supervised release to follow.  No additional consideration shall be given for time served by the defendant while in state custody.

Date:    2/29/2016

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution to all counsel of record via CM/ECF
United States Probation
United States Marshal Service